1  BENJAMIN B. WAGNER
United States Attorney
2  CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                CASE NO. 2:14-MJ-284-CKD

12                      Plaintiff,           [~~PROPOSED~~] FINDINGS AND ORDER
                                             EXTENDING TIME FOR PRELIMINARY
13              v.                           HEARING PURSUANT TO RULE 5.1(d) AND
                                             EXCLUDING TIME
14  FELIX SALDIVAR,
                                             DATE: April 22, 2016
15                      Defendant.           TIME: 2:00 p.m.
                                             COURT: Hon. Edmund F. Brennan
16

17

18    The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on April 12, 2016. The

20  Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21  demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22  5.1(d) of the Federal Rules of Criminal Procedure.

23    Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24  of justice served by granting this continuance outweigh the best interests of the public and the defendant

25  in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

26  not adversely affect the public interest in the prompt disposition of criminal cases.

27    THEREFORE, FOR GOOD CAUSE SHOWN:

28    1. The date of the preliminary hearing is extended to April 29, 2016, at 2:00 p.m.

[PROPOSED] FINDINGS AND ORDER                    1

2. The time between April 22, 2016, and April 29, 2016, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:   April 12, 2016

The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND ORDER

2